UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ZHI GUO (a/k/a HAN GAO),                )
                                        )
              Plaintiff                 )
        v.                              )      Docket No. 1:10-CV-06444-LBS
                                        )
INDEPENDENT CHINESE PEN CENTER          )
INC.; XIAOBO LIU (in his individual and )
official capacity); YI ZHENG (in his    )
individual and official capacity); TIENCHI )
MARTIN LIAO (in her individual and      )
official capacity); JIE YU (in his individual )
and official capacity); YU ZHANG (in his )
individual and official capacity);      )
NATIONAL ENDOWMENT FOR                  )
DEMOCRACY; CARL GERSHMAN                )
(in his individual and official capacity); )
JOSEPH COOPER JR. (in his individual    )
and official capacity); and LOUISA GREVE )
(in her individual and official capacity), )
                                        )
              Defendants.               )
----------------------------------------X
```

*Endorsement*

*After oral argument:*
*1) motion to file under seal granted.*
*2) motion to withdraw granted.*
*So ordered.*
*[signature] USDJ*
*3/7/2011*

## MOTION FOR LEAVE TO
## WITHDRAW AS PLAINTIFF'S COUNSEL

COMES NOW, Julie Milner and Milner Law Office, PLLC, counsel for the plaintiff, ZHI GUO (a/k/a HAN GAO), in this above-entitled action, and MOVES this court for leave to withdraw representation on behalf of the plaintiff, effective five days from the date of this motion.

This motion is supplemented by the Affirmation of Julie Milner in support, pursuant to Local Rule 1.4, as well as a Memorandum of Law. Julie Milner of Milner Law Office, PLLC respectfully requests the supporting documents be reviewed *in camera* to prevent prejudice to the plaintiff.

Respectfully submitted this 10th day of February, 2011,

*Julie Milner*

Julie Milner, Esq.
MILNER LAW OFFICE, PLLC
8302A Broadway, Third Floor Suite
Elmhurst, NY 11373
(718) 766-5242
*Attorneys for Plaintiff*

To:   Zhi Guo, plaintiff
      32-22 92nd Street
      Apt. D305
      East Elmhurst, NY 11369
      *via first class mail*

To:   Dr. Yi-Chen Su, esquire
      Representing plaintiff
      *via first class mail*

To:   David D. Fauvre, esquire
      Arnold & Porter, LLP
      Representing defendants National Endowment for Democracy; Carl Gershman; Joseph Cooper, Jr.; and Louisa Greve
      *via ECF system*

To:   Aaron Lebenger, esquire
      Representing defendant Guangzhao Zheng
      *via ECF system*

To:   Unrepresented defendants Xiaobo Liu; Yi Zheng; Tienchi Martin Liao; Jie Yu; and Yu Zhang
      *via first class mail*